BARRETT K. GREEN, Bar No. 145393
bgreen@littler.com
COURTNEY J. SLAGLE, Bar No. 252322
cslagle@littler.com
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583
E-mail: bgreen@littler.com; cslagle@littler.com

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY GRANTZ,<br><br>          Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No.  SACV 08-0855-AG(ANx)<br><br>**JUDGMENT**<br><br>Hearing Date:   August 31, 2009<br>Time:           10:00 a.m.<br>Courtroom:      10D<br><br>Pretrial Conference: Sept. 21, 2009<br>Trial Date:          Oct. 6, 2009 |

      This action came on for hearing before the Court on August 31, 2009, the Honorable Andrew Guilford, District Judge Presiding, on the motion of Defendant State Farm Mutual Automobile Insurance Company ("Defendant") for summary judgment.

      The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered granting the motion, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Troy Grantz take nothing, that

//

//

the action be and hereby is dismissed on the merits, and that Defendant recover its costs.

**IT IS SO ORDERED.**

Dated: September 09, 2009

HONORABLE ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE